IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARLON ISRAEL MORRIS #R7718**                         **PLAINTIFF**

**VERSUS**                         **CIVIL ACTION NO. 1:06cv536LG-JMR**

**STATE OF MISSISSIPPI, ET AL.**                         **DEFENDANTS**

## FINAL JUDGMENT

This cause came on this date to be heard upon the Proposed Findings of Fact and Recommendations of Chief United States Magistrate Judge John M. Roper entered in this cause on December 6, 2006. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss filed August 29, 2006, [10-1] should be and is hereby **GRANTED** and Morris' §2254 petition is hereby dismissed as time-barred under 28 U.S.C. § 2244(d).

**SO ORDERED AND ADJUDGED** this the 30th day of December, 2006.

                                       s/ *Louis Guirola, Jr.*
                                       LOUIS GUIROLA, JR.
                                       UNITED STATES DISTRICT JUDGE